

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00233-CV

Jeremiah A. **MARTIN**,
Appellant

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01933
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due October 1, 2015. Neither the brief nor a motion for extension of time was filed. Accordingly, on October 6, 2015, we ordered appellant to file in this court, on or before October 16, 2015, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. Appellant did not respond to our order.

However, we note that on April 16, 2015, before the clerk's record was filed, appellant filed in this court a document entitled "Appeal of Dismissal of Motion to Reinstate Forcible Detainer Appeal to Bexar County — Brief for Appellant." We construed this document as appellant's notice of appeal, as no other document stating that appellant desired to appeal was filed with this court. We entered this document in our records only as a notice of appeal. However, upon further review, it appears appellant intended this document to serve not only as a notice of appeal, but as his appellant's brief for purposes of appeal. This court has now decided, in the interest of justice, to construe this document not only as the notice of appeal, but as appellant's brief for purposes of this appeal. We therefore **ORDER** appellee Federal National Mortgage Association to file its appellee's brief in this court on or before **November 25, 2015**. If appellee fails to file either its brief or a motion for extension of time to file its brief by the date ordered, we will submit the appeal without benefit of an appellee's brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

Keith E. Hottle
Clerk of Court